United States District Court
Southern District of Texas
**ENTERED**
August 31, 2022
Nathan Ochsner, Clerk

# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF TEXAS
# HOUSTON DIVISION

| | |
|---|---|
| STEVEN MAYFIELD, | § |
| Plaintiff. | § |
| VS. | § CIVIL ACTION NO. 4:20-cv-01966 |
| LTD FINANCIAL SERVICES, L.P., | § |
| Defendant. | § |

## CONDITIONAL DISMISSAL ORDER

The Court has been advised that a settlement has been reached between the parties. Accordingly, this case is **DISMISSED WITHOUT PREJUDICE** to reinstatement of Plaintiff's claims and the putative class claims, unless any party represents in writing filed with the Court on or before October 3, 2022 that the settlement could not be completely documented.

The docket call scheduled for September 2, 2022 is cancelled.

SIGNED this 31st day of August 2022.

ANDREW M. EDISON
UNITED STATES MAGISTRATE JUDGE